1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

| VINCENT JAMES BIAGAS, | No. C 08-04460 SBA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JAMES WALKER, et al., | |
| Defendants. _____/ | |

14      Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983

15   and an application for <u>in forma pauperis</u> status.  The acts complained of occurred at California State

16   Prison - Sacramento, which is located in the Eastern District of California, and it appears that the

17   Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.

18   <u>See</u> 28 U.S.C. § 1391(b).

19      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

20   TRANSFERRED to the United States District Court for the Eastern District of California.  The

21   Clerk of the Court shall transfer the case forthwith.  Plaintiff's application for <u>in forma pauperis</u> is

22   TERMINATED as moot.

23      IT IS SO ORDERED.

24   DATED: 10/30/08                          _____
                                             SAUNDRA BROWN ARMSTRONG
25                                           United States District Judge

26

27

28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VINCENT JAMES BIAGAS,

        Plaintiff,

  v.

WALKER et al,

        Defendant.

_____/

Case Number: CV08-04460 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent James Biagas D-66188
CSP-Sacramento
CA State Prison-Folsom(New)
P O Box 290066
Represa, CA 95671

Dated: November 3, 2008

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P:\PRO-SE\SBA\CR.08\Biagas4460.Transfer.frm2