IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

      Plaintiff,                                 No. CIV S-08-2646 DAD P

      vs.

JAMES WALKER, et al.,

      Defendants.                       ORDER

/

        Plaintiff, a state prisoner proceeding pro se, filed civil rights action pursuant to 42 U.S.C. § 1983, together with a motion for leave to proceed in forma pauperis in the United States District Court for the Northern District of California. On November 3, 2008, the Northern District transferred the case here, which has proper venue. In its transfer order, the Northern District denied plaintiff's motion for leave to proceed in forma pauperis as moot.

        To proceed with this action, plaintiff must pay the required filing fee of $350.00 or file a new application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a

1

1 certified copy of plaintiff's prison trust account statement for the six-month period immediately
2 preceding the filing of this action.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1. Plaintiff shall submit, within thirty days from the date of this order, either the
5 $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
6 provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
7 extension of time to do so will result in a recommendation that this action be dismissed without
8 prejudice; and
9       2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
10 In Forma Pauperis By a Prisoner for use in a civil rights action.
11 DATED: November 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
biag2646.3a