IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

    Plaintiff,                    No. CIV S-08-2646 DAD P

    vs.

WALKER, et al.,

    Defendants.               ORDER

                                /

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 22, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 30, 2009, request for an extension of time (Doc. No.18) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an amended complaint.

DATED: February 6, 2009.

                                           /s/ Dale A. Drozd
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
biag2646.36amc