IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

    Plaintiff,        No. CIV S-08-2646 DAD P

   vs.

WALKER, et al.,

    Defendants.    ORDER
_____/

    Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of December 22, 2008. Good cause appearing, plaintiff's request will be granted. However, no further extensions of time will be granted for this purpose.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 5, 2009, request for an extension of time (Doc. No. 20) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted for this purpose.

DATED: March 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
biag2646.36amc(2)