IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

        Plaintiff,                     No. CIV S-08-2646 DAD P

    vs.

WALKER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On March 11, 2009, the court granted plaintiff's second request for an extension of time to file an amended complaint. Plaintiff has not yet filed an amended complaint. He has, however, filed a letter with the court alleging that he is the victim of unconstitutional conditions of confinement.

        Plaintiff is advised that his one-page letter does not constitute an amended complaint. In the court's initial screening order, filed December 22, 2008, the court provided plaintiff with detailed instructions on how to file an amended complaint and how to state a cognizable claim for relief based on the factual allegations he has provided to the court. If

/////

/////

/////

1

plaintiff fails to timely file an amended complaint in accordance with this court's March 11, 2009 order, the court will recommend dismissal of this action.

IT IS SO ORDERED.

DATED: March 31, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
biag2646.letter