IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

    Plaintiff,                    No. CIV S-08-2646 DAD P

    vs.

WALKER, et al.,                    <u>ORDER AND</u>

    Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By order filed December 22, 2008, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On February 9, 2009, plaintiff was granted an additional thirty days to file an amended complaint. On March 11, 2009, plaintiff was granted one final opportunity to file an amended complaint within thirty days of that order and was admonished that no further extensions of time would be granted for this purpose. The time period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action;

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

1

1    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 22, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
biag2646.fta.ext